# United States District Court
for the
## Eastern District of Missouri

| | |
|---|---|
| United States of America | |
| v. | |
| Lastarza V. Neal | Case No: 4:04CR203 |
| | USM No: 30964-044 |
| Date of Previous Judgment: September 24, 2004 | Lucille Liggett |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **110 months** months is reduced to **92 months**

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 110 to 137 months | Amended Guideline Range: | 92 to 115 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated September 24, 2004 shall remain in effect.

**IT IS SO ORDERED**

| | |
|---|---|
| Order Date: 04/07/08 | _/s/ Jean C. Hamilton_ |
| | Judge's Signature |
| Effective Date: 04/17/08 | Jean C. Hamilton, US District Judge |
| (if different from order date) | Printed Name and title |